IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-40029-01-RDR |
| ) | |
| **MARIO SANCHEZ,** ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about February 15, 2011, in the District of Kansas, the defendant,

**MARIO SANCHEZ,**

did knowingly and intentionally possess with the intent to distribute more than one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), with reference to Title 18, United States Code, Section 2 and Title 21, United States Code, Section 841(b)(1)(A).

## A TRUE BILL

|  |  |
|---|---|
| April 20, 2011 | s/ Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

s/ Duston J. Slinkard, # 21294, for
BARRY R. GRISSOM, # 10866
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE QUINCY, SUITE 290
TOPEKA, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
barry.grissom@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]